Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Laurence M Braunstein
Debtor

Case No.: 18−17496−VFP
Chapter 7

Eric R. Perkins, Chapter 7 Trustee
Plaintiff

v.

M & T Bank Corporation
Defendant

Adv. Proc. No. 20−01269−VFP            Judge: Vincent F. Papalia

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on August 25, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 13 − 1, 7
ORDER PURSUANT TO 11 U.S.C. § 363 AND § 502 AND FED. R. BANKR. P. 9019 (I) APPROVING THE SETTLEMENT OF ALL CLAIMS BY AND BETWEEN THE ESTATE, THE TRUSTEE, AND DEFENDANT AND (II) GRANTING OTHER RELATED RELIEF (related document:1 Adversary case 20−01269. Complaint by Eric R. Perkins, Chapter 7 Trustee against M & T Bank Corporation, 7 Amended Complaint Filed by Joseph G. Harraka Jr. on behalf of Eric R. Perkins, Chapter 7 Trustee. filed by Plaintiff Eric R. Perkins, Chapter 7 Trustee). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/25/2021 (rah)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 25, 2021
JAN: rah

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court

District of New Jersey

Perkins, Chapter 7 Trustee,
    Plaintiff

M & T Bank Corporation,
    Defendant

Adv. Proc. No. 20-01269-VFP

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Aug 25, 2021      Form ID: orderntc      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Eric R. Perkins, Chapter 7 Trustee, Becker LLC, 354 Eisenhower Parkway, Plaza Two, Suite 1500, Livingston, NJ 07039-1022 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| dft | Email/Text: camanagement@mtb.com | Aug 25 2021 20:24:00 | M & T Bank Corporation, 767 Bloomfield Avenue, West Caldwell, NJ 07006 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry S. Crane | on behalf of Plaintiff Eric R. Perkins Chapter 7 Trustee bcrane@becker.legal, mambrose@becker.legal;hkreis@becker.legal |
| Denise E. Carlon | on behalf of Defendant M & T Bank Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joseph G. Harraka, Jr. | on behalf of Plaintiff Eric R. Perkins Chapter 7 Trustee jgharraka@becker.legal, mambrose@becker.legal;lrodriguez@becker.legal;bcrane@becker.legal;maferrentino@becker.legal |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 25, 2021 | Form ID: orderntc | Total Noticed: 2

Justin Baumgartner            on behalf of Plaintiff Eric R. Perkins  Chapter 7 Trustee jbaumgartner@becker.legal, mambrose@becker.legal

TOTAL: 4